# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMMEL BARAO, | Case No. 1:15-cv-00052-SAB-HC |
| Petitioner, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Petitioner is challenging a conviction from a judgment issued by the San Joaquin County Superior Court, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Therefore, venue is proper in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court, may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of

1

California sitting in Sacramento; and

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at :

>    United States District Court
>    Eastern District of California
>    501 "I" Street, Suite 4-200
>    Sacramento, CA 95814

3. The Court has not ruled on Petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **January 13, 2015**   _____
UNITED STATES MAGISTRATE JUDGE